U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

JUN 0 7 2005

AT _____ O'CLOCK ____ M
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------

PAUL MARCO,

                Petitioner,

vs                                           1:05-CV-353

UNITED STATES OF AMERICA,

                Respondent.

-------------------------------------

APPEARANCES:                                OF COUNSEL:

PAUL MARCO, Pro Se
10251-052
FCI McKean
P.O. Box 8000
Bradford, PA 16701

HON. GLENN T. SUDDABY                WILLIAM C. PERICAK, ESQ.
United States Attorney                    Assistant U.S. Attorney
Attorney for Respondent
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York  13261-5165

DAVID N. HURD
United States District Judge

## ORDER

Petitioner complains that his 18 month sentence on August 3, 2004, was illegal. He spent 179 days (6 months) in custody prior to the sentence. The period for December 4, 2003, to January 24, 2004, (52 days) while the petitioner was in a day treatment program is not considered custody. The maximum sentence allowed is 24 months. Therefore, the 18 month sentence was legal.

The other reasons set forth by the respondent as a basis to deny the motion need not be considered.

Therefore, the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

IT IS SO ORDERED.

_____
United States District Court

Dated:  June 7, 2005
        Utica, New York.